**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 98-31053
Summary Calendar

HOWARD SIMIEN,

Plaintiff-Appellant,

versus

CHEMICAL WASTE MANAGEMENT, INC.;
BERNARD D. LAVERENTZ,

Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Louisiana
(97-CV-2298)

February 26, 1999

Before POLITZ, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Howard Simien appeals adverse summary judgment in favor of defendant, Chemical Waste Management, Inc., and dismissal with prejudice in favor of defendant Bernard D. Laverentz, individually. Having considered the briefs and pertinent parts of the record, and essentially on the basis of the facts as detailed, authorities cited, and analysis made by the district court in its thorough Memorandum Ruling signed and filed on September 11, 1998, the judgment

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appealed is AFFIRMED.